# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

---------------------------------------------------------X
BROADCAST MUSIC, INC.; )
HOUSE OF CASH, INC.; ELIJAH BLUE ) Civil Action No.: 2:13-706-CWH
MUSIC, A DIVISION OF )
LIGHTHOUSE, INC.; UNICHAPPEL )
MUSIC, INC.; FOURTEENTH HOUR )
MUSIC INC.; SPRINGTIME MUSIC, )
INC.; BOCEPHUS MUSIC, INC.; RICH )
WAY MUSIC, INC.; WARNER- )
TAMERLANE PUBLISHING CORP.; )
BUZZARD ROCK MUSIC; SONGS OF )
UNIVERSAL, INC., ) **PLAINTIFFS' MOTION TO COMPEL**
                                           ) **DISCOVERY RESPONSES**
                                           )
              Plaintiffs, )
                                             )
           v. )
                                             )
MAIN STREET BAR & GRILL, INC. )
d/b/a MAIN STREET BAR AND GRILL )
and GEORGE D. ALBERS, )
                                             )
              Defendants. )
---------------------------------------------------------X

      Pursuant to Rule 37 of the Federal Rules of Civil Procedure and Rule 37.01 of the Local Rules of this Court, Plaintiffs move the Court to compel Defendant to provide responses to Plaintiffs' First Set of Interrogatories (Exhibit 1) and First Request for Production of Documents (Exhibit 2) (collectively, "Discovery Requests") served upon Plaintiff. Per agreement of the parties entered into pursuant to Local Civil Rule 29.01, the responses to the Discovery requests were due on January 14, 2015. To date, Plaintiff has not served responses. The parties have discussed this matter to attempt to resolve it but were unsuccessful in doing so.

      WHEREFORE, Plaintiff prays that the relief requested herein be granted.

Respectfully submitted,

/s/ Bernie W. Ellis
Bernie W. Ellis
McNair Law Firm, P.A.
Poinsett Plaza
104 South Main Street, 7th Floor
Greenville, SC 29601
Tel: (864) 271-4940
Fax: (864) 271-4015
E-Mail: bellis@mcnair.net

**Attorneys for Plaintiffs**

January 22, 2015